**Order entered September 29, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-20-00582-CV

## IN THE INTEREST OF S.W., A CHILD

On Appeal from the 255th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-11-15911

## ORDER

We **REINSTATE** this appeal.

By order dated August 18, 2020 we ordered the trial court to conduct a hearing to determine the identity of the court reporter for five hearings. A supplemental clerk's record containing the trial court's written findings has been filed. The trial court identified the court reporter for four of those hearings. As to the remaining hearing, the trial court found "[i]f a hearing was held on October 14, 2019, the court reporter has not been identified."

The appealed order recites this case was heard on "August 28 and 29, 2019, October 14, 2019, December 16, 2019, January 9, 2020, and March 12, 2020." The Court has reviewed the reporter's record from the hearing held on August 29, 2019. At the end of the hearing, counsel for both appellant and appellee stated that they each had an additional witness to call. The trial court responded "[w]e're just

going to come back. We are set to come back on the 24th of September at 1:30." The trial court's docket sheet reflects the September 24th hearing was canceled. It also notes a "Bench Trial" set for October 14th. Additionally, the reporter's record of the March 12, 2020 hearing reveals that a ruling on attorney's fees was made on October 14th.

In light of the above-noted circumstances, we **ORDER** the Honorable Carmen Rivera-Worley, Visiting Judge who presided over the trial, to conduct a hearing, no later than **October 19, 2020**, and determine whether a hearing was held on October 14, 2019 and, if so, the identity of the court reporter who recorded that hearing. We further **ORDER** the trial court to give notice of the hearing to counsel for all parties

The trial court shall make written findings concerning the October 14th hearing. The findings shall be filed in a supplemental clerk's record no later than **October 29, 2020.** A supplemental reporter's record of the hearing shall also be filed no later than **October 29, 2020**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Judge Rivera-Worley; Dallas County District Clerk Felicia Pitre; Yolanda Atkins, Official Court Reporter for the 255th Judicial District Court; and, all parties.

We **ABATE** this appeal to allow the trial court an opportunity to conduct the hearing. The appeal will be reinstated no later than November 3, 2020.

/s/     BILL WHITEHILL
         JUSTICE